**Order entered June 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01488-CR
### No. 05-12-01489-CR

**JUAN RAMON HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-19054-H, F12-19055-H**

## ORDER

The Court **REINSTATES** the appeals.

On April 8, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On June 3, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the April 8, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      CAROLYN WRIGHT
         CHIEF JUSTICE